LAND FINANCE CORPORATION, Appellant, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

ELIZABETH MAYO and MARGARET MAYO (SELWYN), Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, and Others, Defendants. (Actions Nos. 1 and 2.) — Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

MERMAID CINEMA CORPORATION, Respondent, v. GENERAL TALKING PICTURES CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

CHARLES MODICA, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JOHN OBRAZ, Respondent, v. WILLIAM W. SHEPARD and ELIZABETH SHEPARD, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JACOB O. PEDERSEN, Plaintiff, v. PACKARD WESTCHESTER COMPANY, INC., Defendant. ODIN HOLDING CORPORATION, Appellant, v. PACKARD WESTCHESTER COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JACOB O. PEDERSEN, Landlord, Appellant, v. PACKARD WESTCHESTER COMPANY, INC., Tenant, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

HOWARD F. POTTER, Respondent, v. MICHAEL T. WATTS, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. [See 237 App. Div. 890.]

STANDARD BITULITHIC COMPANY, Respondent, v. COUNTY OF WESTCHESTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

DOMINICK VIOLETTO, Respondent, v. CHARLES GIBBS, Appellant, and Others, Undertenants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

WONDER HOME BUILDERS, INC., Appellant, Respondent, v. NICHOLAS SAKELARES and Another, Respondents, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.